JUDGE JONES

07 CV 3033

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
RED SEA PACIFIC SDN BHD c/o PACIFIC SHIP
MANAGERS SDN BHD,

      Plaintiff,

07 CV _____
ECF CASE

- against -

TONGLI SHIPPING CO. LTD and TONGLI LIMITED,

      Defendants.
------------------------------------------------------------------X

RECEIVED APR 16 2007 U.S.D.C. S.D.N.Y. CASHIERS

## DISCLOSURE OF INTERESTED PARTIES PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

      NONE.

Dated: April 16, 2007
   Southport, CT

      The Plaintiff,
      RED SEA PACIFIC SDN BHD c/o PACIFIC SHIP
      MANAGERS SDN BHD

By: _____
      Nancy R. Peterson (NP 2871)
      Patrick F. Lennon (PL 2162)
      TISDALE & LENNON, LLC
      11 West 42nd Street, Suite 900
      New York, NY 10036
      (212) 354-0025 – phone
      (212) 869-0067 – fax
      npeterson@tisdale-lennon.com
      plennon@tisdale-lennon.com