UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

   Red Sea Pacific Sdn Bhd
              Plaintiff,

      -against-                               07 CIVIL 3033   ( BSJ)

   Tongli Shipping Co. Ltd.et. al.
              Defendant.
------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: __Nancy R. Peterson__

☐ *Attorney*

    ☒  I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: NP 2871

    ☐  I am a Pro Hac Vice attorney

    ☐  I am a Government Agency attorney

☐ *Law Firm/Government Agency Association*

    From: __Tisdale & Lennon, LLC__

    To: __Lennon, Murphy & Lennon, LLC__

    ☒  I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐  I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☐ *Address:* The Gray Bar Building, 420 Lexington, Ave., Suite 300, NY NY, 10170

☐ *Telephone Number:* (212) 490-6050

☐ *Fax Number:* (212) 490-6070

☐ *E-Mail Address:* nrp@lenmur.com

Dated: 5/18/2007