```
---------------------------------------------X
```

# 07 CV 3033 ECF

Red Sea Pacific SDN BHD v. Tongli
Shipping Co., Ltd. et al.

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

8/17/07

07 Civ. 3033 (LTS)(GWG)

```
---------------------------------------------X
```

The above entitled action is referred to the designated Magistrate Judge for the following
purpose(s):

| | |
|---|---|
| X General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ___ Specific Non-Dispositive Motion/Dispute:* | ___ Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| _____ | Purpose:_____ |
| If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____ | ___ Habeas Corpus |
| ___ Settlement* | ___ Social Security |
| ___ Inquest After Default/Damages Hearing | ___ Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| | Particular Motion:_____ |
| | All such motions: ____ |

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:     New York, New York
                8/14/07

United States District Judge