UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Red Sea Pacific SDN BHD c/o Pacific Ship          :
Managers SDN BHD

        Plaintiff,                     :         07 Civ 3033 (BSJ)

  - against -                                          :

Tongli Shipping Co. Ltd. and Tongli Limited       :

                                              :
        Defendants.
------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

State of Connecticut  )
                          )    ss:    Town of Southport
County of Fairfield    )

      NANCY R. PETERSON, having been duly sworn, deposes and states the following under oath:

    1.    I am a member in good standing of the Bar of this Court and an attorney in the law firm of Lennon, Murphy & Lennon, LLC, which represents the interests of the Plaintiff herein.

    2.    Service of the Summons, Complaint, Ex-Parte Order, and Process of Maritime Attachment in the instant action, was made on the Defendants Tongli Shipping Co. Ltd. and Tongli Limited by FedEx courier and Facsimile on April 19, 2007 pursuant to Rule B(2)(b) of the Supplemental Rules for Certain Admiralty and Maritime Claims.  *See FedEx confirmation sheet and Facsimile confirmation sheet annexed hereto as Exhibits "1." and "2."*

    3.    FedEx confirmed that Defendant received the above on April 23, 2007.

Dated: Southport, CT
August 21, 2007

_____
Nancy R. Peterson


Sworn to and subscribed before me this
21st day of August 2007.

_____
Notary Public

# Exhibit 1

11 WEST 42ND STREET, SUITE 900
NEW YORK, NY 10036
(212) 354-0025
FAX (212) 869-0067

TL@Tisdale-Lennon.com



# TISDALE & LENNON, LLC
ATTORNEYS AT LAW

10 SPRUCE STREET
SOUTHPORT, CT 06890
(203) 254-8474
FAX (203) 254-1641

www.Tisdale-Lennon.com

April 19, 2007

<u>Via FedEx and Facsimile 011 86-535-622762</u>
Tongli Shipping Co. Ltd. and Tongli Shipping
Shandong Province Yantai City
Zi Rong District
No. 80 Chaoyang Street, Room 1506, Quli Manson,
Postal Code 261001
China

Re:   <u>Red Sea Pacific Sdn Bhd c/o Pacific Ship Managers Sdn Bhd v. Tongli
       Shipping Co. Ltd. and Tongli Shipping</u>
       Docket Number: 07 Civ. 3033 (BSJ)
       Our Reference Number: 07-99-1663

Dear Sir or Madam:

We represent the Plaintiff, Red Sea Pacific Sdn Bhd c/o Pacific Ship Managers Sdn Bhd., in the above referenced lawsuit. We write to advise you that pursuant to an ex parte order of maritime attachment and garnishment issued in the above referenced lawsuit, your property was attached by American Express Bank on or about April 19, 2007 in the amount of $139,433.05.

Please find attached to this letter all pleadings filed in the above referenced lawsuit including, but not limited to, the Summons and Complaint. If you have any questions or concerns, please contact us at your convenience. This letter is sent pursuant to Local Rule B.2 of the Local Rules for the United States District Court for the Southern District of New York.

Sincerely,

Nancy R. Peterson

THOMAS L. TISDALE     PATRICK F. LENNON     CHARLES E. MURPHY     KEVIN J. LENNON     LAUREN C. DAVIES     NANCY R. PETERSON
ADMITTED IN NY & CT   ADMITTED IN NY & CT   ADMITTED IN NY & CT   ADMITTED IN NY & CT   ADMITTED IN CT       ADMITTED IN NY & CT

---

\*\* Transmit Confirmation Report \*\*

P.1
TISDALE & LENNON         Fax: 203-254-1641         Apr 19 2007 02:52pm

| Name/Fax No. | Mode | Start | Time | Page | Result | Note |
|---|---|---|---|---|---|---|
| 9011865356622762#/P1663 | Normal | 19.02:48pm | 4'20" | 18 | # O K | |

**Exhibit 2**

1663

This tracking update has been requested by:

Company Name: TISDALE LENNON   LLC

Name:   Dawn Kubie

E-mail:  'not provided by requestor'

---

Our records indicate that the following shipment has been delivered:

Tracking number:         798156121760
Reference:               1663
Ship (P/U) date:         Apr 19, 2007
Delivery date:           Apr 23, 2007 11:09 AM
Sign for by:             S.WANG
Delivered to:            Receptionist/Front Desk
Service type:            FedEx International Priority
Packaging type:          FedEx Envelope
Number of pieces:        1
Weight:                  1.00 lb.

Shipper Information          Recipient Information
DAWN KUBIE                   TONGLI SHIPPING
TISDALE LENNON   LLC         TONGLI SHIPPING CO. LTD.
10 SPRUCE STREET             RM 1506 15F QILI MANSION
SOUTHPORT                    80 CHAOYANG ST
CT                           YANTAI
US                           CN
06890                        264001

Special handling/Services:
Deliver Weekday

Please do not respond to this message. This email was sent from an unattended
mailbox. This report was generated at approximately 7:54 AM  CDT
on 04/23/2007.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number  above,
or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the
Requestor noted above. FedEx does not validate the authenticity of the
requestor and does not validate, guarantee or warrant the authenticity of  the
request, the requestor's message, or the accuracy of this tracking update.  For
tracking results and fedex.com's terms of use, go to fedex.com.

Thank you for your business.

4/23/2007