# LENNON, MURPHY & LENNON, LLC – *Attorneys at Law*

The GrayBar Building
420 Lexington Ave., Suite 300
New York, NY 10170
*phone* (212) 490-6050
*fax* (212) 490-6070

Patrick F. Lennon – *pfl@lenmur.com*
Charles E. Murphy – *cem@lenmur.com*
Kevin J. Lennon – *kjl@lenmur.com*
Nancy R. Peterson – *nrp@lenmur.com*

Tide Mill Landing
2425 Post Road
Southport, CT 06890
*phone* (203) 256-8600
*fax* (203) 256-8615

## MEMORANDUM ENDORSED

August 21, 2007

<u>*By Facsimile (212) 805-4268*</u>
Hon. Gabriel W. Gorenstein
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 510
New York, New York 10007-1312

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 8/22/07

Re: <u>Red Sea Pacific SDN BHD v. Tongli Shipping Co., Ltd. et al.</u>
Docket Number: 07-cv-03033 (BSJ) (GWG)
Our Reference Number: 1013

Dear Judge Gorenstein:

      As requested by your law clerk, we write to provide the Court with the status of the above-captioned case and to request that this matter be placed on the suspense docket until an award is rendered in the underlying arbitration in England.

      We are attorneys for the Plaintiff in this admiralty action brought pursuant to Supplemental Admiralty Rule B of the Federal Rules of Civil Procedure. On April 16, 2007 an Ex-Parte Order authorizing process of maritime attachment was issued permitting restraint of Defendants' property in the hands of garnishee banks located within the Southern District of New York.

      In response to service of the Ex-Parte Order and Writ, American Express Bank restrained Defendants' property in the full amount requested ($139,433.05). Notice of the Attachment, together with copies of the Summons, Complaint, Ex-Parte Order and Writ of Attachment were served on the Defendants by FedEx and facsimile on April 19, 2007 pursuant to Supplemental Admiralty Rule B(2)(b). However, despite being sent notice of the attachment, Defendants have yet to answer or make an appearance.

      We have been informed that Plaintiff has initiated arbitration proceedings on its claim in London. When an award is issued, Plaintiff will move to recognize and enforce it here against the Defendants' property attached in New York. In light of the foregoing, we respectfully request that this matter be placed on the suspense docket pending the issuance of an award.

      Should your Honor have any questions or comments we are available to discuss the same at any convenient time to the Court.

Respectfully submitted,

*[signature]*

Nancy R. Peterson (NP 2871)

*This case is transferred to the suspense docket pursuant to Local Civil Rule 20*

SO ORDERED: *[signature]* DATE 8/21/2007

GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE