UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
RED SEA PACIFIC SDN BHD c/o PACIFIC SHIP  :
MANAGERS SDN BHD,                         :
                                          :
                          Plaintiff,      :   07 Civ 3033 (BSJ)
                                          :
            - against –                   :   **NOTICE OF MOTION**
                                          :
TONGLI SHIPPING CO. LTD. and TONGLI LIMITED, :
                                          :
                          Defendants.     :
-------------------------------------------------------------------X

SIRS:

PLEASE TAKE NOTICE that Plaintiff, RED SEA PACIFIC SDN BHD c/o PACIFIC SHIP MANAGERS SDN BHD, (hereinafter "Red Sea" or "Plaintiff"), through its attorneys Lennon, Murphy & Lennon, LLC upon the annexed Affidavit of Coleen A. McEvoy dated March 13, 2008, the exhibits annexed thereto, the accompanying Memorandum of Law, and the pleadings and proceedings previously had herein, will move this Court, before the Honorable Barbara S. Jones, United States District Court Judge, at the United States Courthouse for the Southern District of New York, 500 Pearl Street, Courtroom ____, New York, New York, on _____ ___, 2008, at a time to be established by the Court for an Order (1) directing that partial default judgment be entered against the Defendants, TONGLI SHIPPING CO. LTD. and TONGLI LIMITED, (2) confirming the underlying arbitration award as a Judgment of this Court; and (3) granting Plaintiff's request for attorneys' fees and costs, together with such other, further and different relief as the Court may deem just and proper.

Dated: Southport, CT
       March 13, 2008

                                    The Plaintiff,
                                    RED SEA PACIFIC SDN BHD c/o
                                    PACIFIC SHIP MANAGERS SDN
                                    BHD

By:    _____
           Coleen A. McEvoy (CM 3379)
           Patrick F. Lennon (PL 2162)
           LENNON, MURPHY & LENNON, LLC
           The Graybar Building
           420 Lexington Ave., Suite 300
           New York, NY 10170
           (212) 490-6050
           (212) 490-6070 (fax)
           cam@lenmur.com
           pfl@lenmur.com

## AFFIRMATION OF SERVICE

I hereby certify that on March 13, 2008, a copy of the foregoing will be filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by express courier to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system.

Service of the foregoing is being made on Defendants via express courier

_____
Coleen A. McEvoy