

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
RED SEA PACIFIC SDN BHD c/o PACIFIC
SHIP MANAGERS SDN BHD,

        Plaintiff,

- against -

TONGLI SHIPPING CO. LTD. and TONGLI
LIMITED,

        Defendants.
-------------------------------------------------------------X

07 Civ. 3033 (BSJ)

ECF CASE

### STIPULATION AND ORDER PROVIDING FOR DISMISSAL OF ACTION

IT IS HEREBY STIPULATED AND AGREED between the parties as follows.

Whereas the Plaintiff, Red Sea Pacific SDN BHD c/o Pacific Ship Managers SDN BHD, and the Defendants, Tongli Shipping Co. Ltd. and Tongli Limited, have agreed that the above-captioned matter should be dismissed with prejudice without costs to any party.

Dated: April 10, 2008

LENNON, MURPHY & LENNON, LLC
Attorneys for Plaintiff
RED SEA PACIFIC SDN BHD c/o
PACIFIC SHIP MANAGERS SDN BHD

By: _____
Nancy R. Peterson (NP 2871)
The Gray Bar Building
420 Lexington Ave., Suite 300
New York, New York 10170
(212) 490-6050

BLANK ROME LLP
Attorneys for Defendants
TONGLI SHIPPING CO. LTD. and TONGLI
LIMITED

By: _____
Jack A. Greenbaum (JG 0039)
The Chrysler Building
405 Lexington Avenue
New York, NY 10174-0208
(212).885-5284

IT IS HEREBY ORDERED that the above-captioned matter be dismissed with prejudice without costs to any party.

SO ORDERED.

_____
U.S.D.J.
4/11/08